UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-v-                                              **CASE NO. 6:09-CR-19-ORL-35DAB**

**UELITON LOPES DA ROCHA**
_____

**ORDER**

This case having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty (Doc. No. 37, filed April 2, 2009) and no objection thereto having been filed, it is **ORDERED**:

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 37) is **ACCEPTED, AFFIRMED AND ADOPTED**.

2. Defendant Ueliton Lopes Da Rocha has entered a plea of guilty to Count Four of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Count Four of the Indictment.

**DONE AND ORDERED** at Orlando, Florida, this 20th day of April, 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services